IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LISA PARKER,

        Plaintiff,

V.

                          CASE NO. 2:15-CV-00896
                          CHIEF JUDGE EDMUND A. SARGUS, JR.
                          MAGISTRATE JUDGE ELIZABETH P. DEAVERS

JOHN McCARTHY, et al.,

        Defendants.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

_4-14-2015_
DATE

                                              EDMUND A. SARGUS, JR.
                                              UNITED STATES DISTRICT JUDGE